IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30717
Summary Calendar
_____

SOLOMON B. GUILLORY,

                                        Petitioner-Appellant,

versus

TERRY TERRELL, Warden,
Allen Correctional Center,

                                        Respondent-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 95-CV-420-P
- - - - - - - - - -
February 28, 1997
Before GARWOOD, DeMOSS and STEWART, Circuit Judges.

PER CURIAM:[*]

     Solomon B. Guillory, Louisiana state prisoner #120347,
appeals from the district court's denial of his petition for writ
of habeas corpus pursuant to 28 U.S.C. § 2254.  He argues that
the state trial court's reasonable doubt instruction was
unconstitutional, that the state trial court's instruction to the
jury on the law of principals was unconstitutional and deprived

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

him of his right to due process, that he was denied equal protection of the laws because other criminal defendants have previously been granted relief on the same errors which he has alleged, that he received ineffective assistance of counsel because his attorney failed to object to the state trial court's reasonable doubt instruction, and that he was denied due process by a cumulation of errors committed during the course of his trial.  We have reviewed the record and find no reversible error. Further, because Guillory failed to adequately brief his claim that he was denied due process by a cumulation of errors committed during the course of his trial, this issue is deemed abandoned on appeal.  See Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir 1993).  Accordingly, the judgment of the district court is AFFIRMED.